UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                                             CASE NO.: 2:23-cr-147-SPC-KCD

WILLIE JAMES HUNTER, JR.

### **PRELIMINARY ORDER OF FOREFEITURE**

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. (Doc. 36). Now that Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting a Keltec, CNC Industries, Inc., CMR-30, .22 caliber Rifle (SN: YBW45). *See* 18 U.S.C. § 924(d)(1); 28 U.S.C. § 2461(c); Fed. R. Crim. P. 32.2(b)(2). In so moving, the Government has connected the above asset to the crime of conviction. The Court thus finds the United States is entitled to possession of the asset.

Accordingly, it is

**ORDERED**:

The United States' Motion for Preliminary Order of Forfeiture (Doc. 36) is **GRANTED**.

1. The Keltec, CNC Industries, Inc., CMR-30, .22 caliber Rifle (SN: YBW45) are **FORFEITED** to the United States for disposition according to law and subject to 28 U.S.C. § 2461(c) and Rule 32.2.

2. This Order will become a final order of forfeiture as to the Defendant at sentencing.

3. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the asset.

**DONE AND ORDERED** in Fort Myers, Florida on March 6, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record